**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000567
18-FEB-2022
07:47 AM
Dkt. 99 ODMR**

NO. CAAP-17-0000567

IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE CONSERVATORSHIP OF JANE DOE

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO.  16-1-0028)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Leonard, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of Appellant's February 9, 2022 Motion for Reconsideration and/or Clarification (**Motion**) of this Court's Summary Disposition Order filed on January 31, 2022, and the record and files in this case,

IT IS HEREBY ORDERED that the Motion is denied.

DATED:  Honolulu, Hawaiʻi,  February 18, 2022.

/s/ Katherine G. Leonard
Presiding Judge

Clyde J. Wadsworth
/s/ Associate Judge

Karen T. Nakasone
/s/ Associate Judge